SETTLE MEYER LAW, LLLC
WILLIAM G. MEYER III  2513
JULIA K. BROTMAN  10884
900 Fort Street Mall, Suite 1800
Honolulu, Hawai'i 96813
(808) 540-2400
wmeyer@settlemeyerlaw.com

BAILEY & BAILEY, P.C.
JOHNATHAN BAILEY (*pro hac vice forthcoming*)
CHRISTOPHER BURWELL (*pro hac vice forthcoming*)
230 Pereida Street
San Antonio, Texas 78210
(210) 255-7747
jbailey@baileyandbaileypc.com

Attorneys for Defendants
*MILCON CONSTRUCTION* and
*HANOVER INSURANCE GROUP*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of JOHN A. WEBER COMPANY, a Hawai'i limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>MILCON CONSTRUCTION, a Texas limited liability company; HANOVER INSURANCE GROUP, a Virginia corporation; and DOES 1-10,<br><br>    Defendants. | CIVIL NO. 19-00637 JAO-WRP<br><br>ORDER GRANTING DEFENDANT MILCON CONSTRUCTION'S MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION PENDING ARTIBRATION |

# ORDER GRANTING DEFENDANT MILCON CONSTRUCTION'S MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION PENDING ARTIBRATION

Before the Court is the Defendant Milcon Construction's Motion to Compel Arbitration and to Stay Litigation Pending Arbitration, filed January 8, 2020 (the "Motion"). ECF No. 11. The Court, having considered the Motion, and noting that Plaintiff does not oppose the relief sought, GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. Plaintiff John A. Weber and Defendant Milcon Construction shall submit their dispute herein to arbitration pursuant to Article 6 of the Standard Subcontract Agreement Between Contractor & Subcontractor, dated March 4, 2016;

2. This action in its entirety is hereby stayed pending completion of the arbitration proceedings ordered herein; and

3. The parties shall notify the court when arbitration proceedings have concluded.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, January 10, 2020.



Jill A. Otake
United States District Judge